CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

MAR 3 1 2006

JOHN F. CORCORAN, CLERK
BY: /s/
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| RONALD E. WOOTEN,<br>    Plaintiff, | )<br>)  Civil Action No. 7:05CV00568<br>) |
| v. | )  **FINAL ORDER**<br>) |
| GENE JOHNSON, <u>et al.</u>,<br>    Defendants. | )  By: Hon. Glen E. Conrad<br>)  United States District Judge |

In accordance with the Memorandum Opinion entered this day, it is now

**ORDERED**

that the defendants' motion for summary judgment shall be and hereby is **GRANTED**, and the plaintiff's action shall be and hereby is **DISMISSED** from the active docket of the court.

The Clerk is directed to send certified copies of this order and the accompanying memorandum opinion to the plaintiff and counsel of record for the defendants.

ENTER: This 31st day of March, 2006.

/s/ Glen E. Conrad
United States District Judge